124 A.3d 306

**Mickey CASTILLO, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 86 MM 2015.**

Supreme Court of Pennsylvania.

Oct. 22, 2015.

*ORDER*

PER CURIAM

**AND NOW,** this 22nd day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Application for an Exercise of Either King's Bench Powers or Extraordinary Jurisdiction and the Application for Post–Submission Communication are **DENIED.**